UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KURT ANGELONE,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL FURSI, *et al*,<br><br>            Defendants. | Case No.  C07-5538RJB-KLS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING INSTITUTION TO CALCULATE, COLLECT, AND FORWARD PAYMENTS |

The Court, having reviewed plaintiff's application to proceed *in forma pauperis*, does hereby find and ORDER.

Plaintiff's declaration indicates he is unable to afford the Court's filing fee or give security therefor.  Accordingly, plaintiff's application to proceed as a pauper is **GRANTED.  As set forth below, an initial partial filing fee will be collected, and plaintiff is required to make monthly payments of 20 percent of the preceding months income credited to his/her account until the full amount of the filing fee is satisfied.**

Pursuant to 28 U.S.C. § 1915 and plaintiff's approved application to proceed *in forma pauperis*, the agency having custody of the above named plaintiff is directed to calculate an initial partial filing fee equal to 20 percent of greater of -- the average monthly deposits to the prisoner's account or the average monthly balance in the prisoner's account for the 6-month period immediately preceding the date of this Order.  The initial partial filing fee should be forwarded to the Clerk as soon as practicable.

Subsequently, if the prisoner's account exceeds $10.00, each month the agency is directed to collect and forward payments equal to 20 percent of the prisoner's preceding month's income credited to

ORDER
Page - 1

1  the prisoner's account.   In the event that the monthly payment would reduce the prisoner's account below
2  $10.00, the agency should collect and forward only that amount which would reduce the prisoner's
3  account to the $10.00 level.  Please note that this $10.00 limit does not apply to the initial partial filing fee
4  described above.  Finally, the monthly payments should be collected and forwarded to the court until the
5  entire filing fee ($350.00) for this matter has been paid.

6       The Clerk is directed to send plaintiff  a copy of this Order and the General Order, and a copy of
7  this Order along with a copy of plaintiff's Acknowledgement and Authorization portion of the IFP
8  application to the attention of the inmate account manager (IFP account manager at the Department of
9  Corrections).

10       DATED this 1st day of November, 2007.

                                        Karen L. Strombom
                                        United States Magistrate Judge