UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KURT ANGELONE,<br><br>            Plaintiff,<br><br>   v.<br><br>MICHAEL FURSI, *et al*,<br><br>            Defendants. | Case No.  C07-5538RJB-KLS<br><br>MINUTE ORDER |

The Court hereby directs the Clerk to enter the following Minute Order:

    On October 31, 2007, petitioner filed a motion for preliminary injunction. (Dkt. #4).  Along with that motion, plaintiff also filed some 50 pages of medical records. (Dkt. #4-4).  The Clerk sealed those records, pending further direction from the Court with respect thereto. (Dkt. #4).
    The Court hereby directs the Clerk to keep those medical records (Dkt. #4-4) SEALED from the public, but not from the parties to this matter, who as of the date of this Minute Order shall have access thereto.

DATED this 11th day of January, 2008.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

MINUTE ORDER
Page - 1