UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KURT ANGELONE,

          Plaintiff,

    v.

MICHAEL FURST, *et al*,

          Defendants.

Case No. C07-5538RJB-KLS

ORDER DENYING MOTION
FOR ENTRY OF DEFAULT

    The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom (Dkt. 60) , objections to the report and recommendation (Dkt. 65) and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's motion for entry of default (Dkt. #53) is DENIED; and

    (3)    The Clerk is directed to send copies of this Order to plaintiff and to the Hon. Karen L. Strombom.

DATED this 31st day of March, 2008.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER
Page - 1