# United States District Court

WESTERN DISTRICT OF WASHINGTON

KURT ANGELONE

JUDGMENT IN A CIVIL CASE

v.

MICHAEL FURST

CASE NUMBER: C07-5538RJB/KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. Plaintiff's Fed. R. Civ. P. 72(a) Motion (Dkt. 146) is **DENIED**;

2. The Report and Recommendation (Dkt. 143) is **ADOPTED**;

3. Plaintiff's claims against Defendant Khursid are **DISMISSED WITHOUT PREJUDICE**; and Plaintiff's claims against remaining Defendants are **DISMISSED WITH PREJUDICE**.


April 16, 2009                           BRUCE RIFKIN
                                              Clerk


                                         Jennie L. Patton
                                         Deputy Clerk