UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KURT J. ANGELONE,

                Plaintiff,

  v.

DR. MICHAEL FURST,

                Defendant.

No. C07-5538 RJB/KLS

ORDER GRANTING EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

Before the Court is Plaintiff's motion for extension of time until August 26, 2011 to file his response to Defendant's motion for summary judgment. ECF No. 178. Defendant does not oppose the extension, but states that he will oppose any future requests for extensions. ECF No. 179.

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion for an extension of time to file his response to Defendant's motion for summary judgment (ECF No. 178) is **GRANTED.** Plaintiff shall file his response to Defendant's motion for summary judgment **on or before August 26, 2011.** Defendant may file a response **on or before September 2, 2011.** The Clerk is directed to **re-note** Defendant's motion for summary judgment (ECF No. 174) for **September 2, 2011.**

ORDER- 1

(2) The Clerk shall send copies of this Order to Plaintiff and to counsel for Defendants.

**DATED** this  7th  day of July, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER- 2