**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| KURT J. ANGELONE,<br><br>    Plaintiff,<br><br>  v.<br><br>DR. MICHAEL FURST,<br><br>    Defendant. | NO. C07-5538 RJB/KLS<br><br>ORDER GRANTING MOTION TO CONTINUE JOINT STATUS REPORT DUE DATE |

Before the Court is Defendant's motion to extend the parties' deadline for filing a joint status report. The joint status report was due on September 23, 2011. ECF No. 173. However, Defendant's motion for summary judgment (ECF No. 174) is pending.

(1)    Defendant's motion (ECF NO. 184) is **GRANTED**. The parties shall file their Joint Status Report **on or before November 18, 2011.**

(2)    The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

DATED this  27th  day of September, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER