1
2
3
4
5
6
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
7
AT TACOMA

8  KURT J. ANGELONE,

NO. C07-5538 RJB/KLS

9              Plaintiff,

ORDER GRANTING MOTION TO
10     v.                                    CONTINUE JOINT STATUS REPORT
                                            DUE DATE
11  DR. MICHAEL FURST,

12              Defendant.

13         Before the Court is Defendant's motion to extend the parties' deadline for filing a joint

14  status report.  The joint status report was due on September 23, 2011.  ECF No. 173.

15  However, Defendant's motion for summary judgment (ECF No. 174) is pending.

16         (1)     Defendant's motion (ECF NO. 184) is **GRANTED**.  The parties shall file their

17  Joint Status Report **on or before November 18, 2011.**

18         (2)     The Clerk shall send a copy of this Order to Plaintiff and counsel for

19  Defendants.

20         DATED this _27th_ day of September, 2011.

21

22

23                                          Karen L. Strombom
24                                          United States Magistrate Judge

25

26

ORDER