UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KURT ANGELONE,<br><br>  Plaintiff,<br><br>v.<br><br>DR. MICHAEL FURST,<br><br>  Defendant. | CASE NO. 07-5538 RJB/KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND SETTING DEADLINE FOR SUBMITTAL OF JOINT STATUS REPORT |

This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge Karen L. Strombom. Dkt. 188. The Court has reviewed the Report and Recommendation, objections, if any, and the remaining record.

The Report and Recommendation recommends denial of Defendant's motion for summary judgment. Dkt. 188. On review of the Report and Recommendation, the undersigned concludes that there are issues of material fact, and Defendant's motion should be denied. Further, the parties should be ordered to file a joint status report, pursuant to Fed. R. Civ. P. 26 and Western District of Washington Civil Rule 16, no later than December 16, 2011.

ORDER ADOPTING REPORT AND RECOMMENDATION AND SETTING DEADLINE FOR SUBMITTAL OF JOINT STATUS REPORT- 1

Accordingly, it is **ORDERED** that:

- The Report and Recommendation (Dkt. 188) is **ADOPTED**;
- The Defendant's Motion for Summary Judgment (Dkt. 174) is **DENIED**; and
- The parties **SHALL FILE** a joint status report, pursuant to Fed. R. Civ. P. 26 and Western District of Washington Civil Rule 16, no later than **December 16, 2011**.

The Clerk is directed to send uncertified copies of this Order to U.S. Magistrate judge Strombom, all counsel of record, and to any party appearing *pro se* at said party's last known address.

Dated this 21st day of November, 2011.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION AND SETTING
DEADLINE FOR SUBMITTAL OF JOINT
STATUS REPORT- 2